COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



# ORDER

Cause No. 01-11-00702-CV; *Boehringer v. Konkel*
On Appeal from the 61st Judicial District Court of Harris County, Texas
Trial Court Cause No. 2009-11255

Appellee has filed an unopposed motion to reschedule oral argument and has asked for an argument date in 2013. We note that in their brief, Appellants stated that they believed counsel could do an adequate job without oral argument and asked for oral argument only if granted to Appellee. Under the circumstances, the Court has decided to hear the case on submission without oral argument. If either party objects or desires to respond with a motion arguing that the case should not be decided without oral argument, the Court will entertain that motion. *See* TEX. R. APP. P. 39.1.

It is so ORDERED.

Judge's signature: /s/ Terry Jennings
              ☑ Acting individually     ☐ Acting for the Court

Do not publish. TEX. R. APP. P. 47.2(b).

Date: November 8, 2012

**Note:**   Absent emergency or a statement that the motion is unopposed, must wait ten days before acting on motion except for motion to extend time to file a brief. *See* TEX. R. APP. P. 10.3(a).
Single justice may grant or deny any request for relief properly sought by motion, except in a civil case a single justice should not: (1) act on a petition for an extraordinary writ or (2) dismiss or otherwise determine an appeal or a motion for rehearing. TEX. R. APP. P. 10.4(a).